UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARET JAYNE KINNETT, individually )
and on behalf of all others similarly situated, )
)
Plaintiff, )
)
vs. )
) Case No. 8:10-cv-2317-T23-MAP
STRAYER EDUCATION, INC., ROBERT S. )
SILBERMAN, MARK C. BROWN, and )
KARL MCDONNELL, )
)
Defendants. )
_____/

### AFFIDAVIT OF STEVEN M. SCHATZ

STATE OF CALIFORNIA    )
                       )
COUNTY OF SANTA CLARA  )

BEFORE ME, the undersigned authority, personally appeared Steven M. Schatz, who, upon being duly sworn, deposes and says as follows:

1. I am Steven M. Schatz. I am over eighteen (18) years of age, and am competent to testify as to all matters set forth in this Affidavit. All of the facts stated herein are true, accurate, and based upon my personal knowledge.

2. I am not a resident of Florida.

3. I do not utilize the privileges afforded under Local Rule 2.02 by specially appearing in separate actions before Courts of this state with such frequency as to constitute the maintenance of a regular practice of law in Florida.

TAMP_1833655.1



4. I am currently a member in good standing of the state bars of California, New York, and the District of Columbia. My California Bar No. is 118356; my New York Bar No. is 1653989; and my District of Columbia Bar No. is 178632.

5. I am also a member in good standing of the District Court of the Northern District of California.

6. I have not been disbarred or suspended from practice before any jurisdiction.

7. I have read, and am familiar with, the Rules of this Court, including Rule 2.04, and will abide by the Florida Code of Professional Responsibility and all other ethical limitations and requirements governing the professional behavior of members of The Florida Bar.

8. I make this Affidavit in support of the Motion for Permission to Appear Pro Hac Vice, filed simultaneously herewith, for my admission to practice before this Court for the limited purpose of representing defendants Strayer Education, Inc., Robert S. Silberman, Mark C. Brown, and Karl McDonnell.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Steven M. Schatz

The foregoing instrument was acknowledged before me this 28th day of December 2010, by Steven M. Schatz, who is personally known to me and who did take an oath.

_____
Notary Public
Print Name: Kelli Shanahan
My Commission Expires: Nov 6 2014

KELLI SHANAHAN
Commission # 1908250
Notary Public - California
Santa Clara County
My Comm. Expires Nov 6, 2014

2

TAMP_1833655.1