UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARET JAYNE KINNETT, individually )
and on behalf of all others similarly situated, )
)
      Plaintiff, )
)
vs. )
) Case No. 8:10-cv-2317-T23-MAP
STRAYER EDUCATION, INC., ROBERT S. )
SILBERMAN, MARK C. BROWN, and )
KARL MCDONNELL, )
)
      Defendants. )
_____/

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION
WRITTEN DESIGNATION AND CONSENT TO ACT**

Steven M. Schatz, of the law firm of Wilson Sonsini Goodrich & Rosati, pursuant to Local Rule 2.02(a) of this Court, hereby submits this Written Designation and Consent to Act on the part of Michael P. Matthews ("Mr. Matthews"), and states as follows:

1.    Mr. Matthews is an attorney with the law firm of Foley & Lardner LLP, located at 100 North Tampa Street, Suite 2700, Tampa, Florida 33602, whose telephone number is (813) 225-4131, and facsimile number is (813) 221-4210.

2.    Mr. Matthews is a member of The Florida Bar, and has been admitted to practice before this Court. Mr. Matthews' Florida Bar No. is 063988.

3.    Mr. Matthews is a resident of Hillsborough County, Florida.

4.    All notices and papers in this action may be served upon Mr. Matthews.

5.    Mr. Matthews will be responsible for the progress of this case, including the trial, in default of the undersigned.

Respectfully submitted,

/s/ Steven M. Schatz
_____
Steven M. Schatz
sschatz@wsgr.com
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304
650-493-9300
650-493-6811 (facsimile)
Attorney for Defendant Strayer Education, Inc.

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

DATED: 12/29/10                    /s/ Michael P. Matthews
                                   DESIGNEE

TAMP_1833633.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed within the CM/ECF system on December 29, 2010, and was thereby served upon all parties, movants, and counsel registered therein.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Jeffrey A. Berens
Dyer & Berens LLP
303 E. 17th Avenue, Suite 300
Dever, CO 80203

Marshall P. Dees
Holzer Holzer & Fistel LLC
200 Ashford Center North, Sutie 300
Atlanta, GA 30338

/s/ Michael P. Matthews
Attorney